■ ROBERT J. FURMINGER, Appellant, v SUZANNE FURMINGER, Respondent. (Appeal No. 1.) [749 NYS2d 202] —Appeal from an order of Supreme Court, Erie County (Marshall, J.), entered May 4, 2001, which, inter alia, determined that defendant is entitled to 50% of the marital share of plaintiff's pension, commencing on the earlier of the date on which plaintiff was entitled to receive benefits or the date on which plaintiff actually received benefits.

■ ROBERT J. FURMINGER, Appellant, v SUZANNE FURMINGER, Respondent. (Appeal No. 2.) [749 NYS2d 202] —Appeal from a judgment of Supreme Court, Erie County (Marshall, J.), entered July 19, 2001, which awarded defendant $43,438.78, plus statutory interest from March 28, 2001.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Marshall, J. Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.